IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SANCHEZ SMOTHERMAN<br># 32202-044,<br><br>               **Plaintiff,**<br><br>vs.<br><br>ST. CLAIR SHERIFF DEPT.,<br>JOHN DOE 1, JOHN DOE 2,<br>BARNES JEWISH HOSPITAL,<br>JOHN DOE 3, and JANE DOE 1,<br><br>               **Defendants.** | )<br>)<br>)<br>)<br>)<br>)<br>)   Case No. 15-cv-00427-NJR<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

# ORDER

**ROSENSTENGEL, District Judge:**

This matter is now before the Court for preliminary review of Plaintiff Sanchez Smotherman's complaint (Doc. 1). Upon review of the complaint and the pleadings and orders filed in *Smotherman v. John Doe #1*, Case No. 13-cv-00638-MJR (S.D. Ill. 2013) ("related action"), it is clear that the complaint should have been filed as the "First Amended Complaint" in the related action. For that reason, this case shall be closed without the imposition of a filing fee, and the pleading identified in this action as the complaint (Doc. 1) shall be filed as the "First Amended Complaint" in the related action.

The **CLERK** is directed to **CLOSE** this case without assessing a filing fee. Further, the **CLERK** is directed to file the pleading identified in this action as the complaint (Doc. 1) as the "First Amended Complaint" in *Smotherman v. John Doe #1*, Case No. 13-cv-00638-MJR (S.D. Ill. 2013).

IT IS SO ORDERED.

DATED: April 20, 2015

*Nancy J. Rosenstengel*

**NANCY J. ROSENSTENGEL**
**United States District Judge**